[Nos. 43291-5-I; 43791-7-I. Division One. July 3, 2000.]

*In the Matter of the Marriage of* GLENDA PURCELL CHOAT, *Respondent,* and BUDDY JACK CHOAT, *Appellant.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 54301, David A. Nichols, J., entered August 28, 1998. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Cox, JJ.

[No. 18971-6-III. Division Three. July 6, 2000.]

*In the Matter of the Personal Restraint of* WILLIE K. SMITH, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 18398-0-III. Division Three. July 6, 2000.]

THERESA ELAINE OUIMETTE-DENMAN, *Appellant,* v. DAVID M. DENMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 97-2-00409-6, Rebecca Margaret Baker, J., entered April 8, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 18231-2-III. Division Three. July 6, 2000.]

LAWRENCE D. LARGENT, ET AL., *Appellants,* v. KLICKITAT COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 97-2-00012-8, Tom Reynolds, J., entered February 24, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J.